IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KINSEY WILLIAMS**  PLAINTIFF

v.  No. 2:14-cv-95-DPM

**LEE COUNTY SCHOOL DISTRICT**  DEFENDANT

## ORDER

Notice of voluntary dismissal, № 11, noted. Williams cannot voluntarily dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because Lee County has already answered the complaint. № 4. The Court construes this notice as a motion to voluntarily dismiss and grants it. FED. R. CIV. P. 41(a)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2015