IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KINSEY WILLIAMS**                                              **PLAINTIFF**

v.                          **No. 2:14-cv-95-DPM**

**LEE COUNTY SCHOOL DISTRICT**                                   **DEFENDANT**

**JUDGMENT**

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2015